636    APPELLATE COURTS OF ILLINOIS.

Nashelman v. Grand Lodge Prog. O. of the W.; 209 Ill. App. 636.

## Chai Nashelman, Appellee, v. Grand Lodge Progressive Order of the West, Appellant.

### Gen. No. 23,188.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed and remanded. Opinion filed March 12, 1918.

### Statement of the Case.

Action by Chai Nashelman, plaintiff, against Grand Lodge Progressive Order of the West, a corporation, defendant, to recover on an accident insurance policy. From a judgment for plaintiff for $500, defendant appeals.

G. J. NORDEN and SAMUEL MICON, for appellant.

MAX M. KORSHAK and GEORGE L. REKER, for appellee.

MR. JUSTICE MATCHETT delivered the opinion of the court.

### Abstract of the Decision.

1. INSURANCE, § 434*—*what proof necessary to permit recovery for loss of hand.* In an action to recover under an accident insurance policy for the loss of a hand through sustaining a fracture in falling, plaintiff, to recover, must show that the injury resulted in a total loss of the usual functions of the hand.

2. EVIDENCE, § 410*—*when expert evidence admissible to show nature and extent of fracture of hand.* In an action to recover under an accident insurance policy for the loss of a hand through sustaining a "Colle's fracture" thereof, defendant may introduce expert evidence to show the nature of such a fracture and the effect of it.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

3. TRIAL, § 45*—*when remarks of court prejudicial.* In an action to recover under an accident policy, remarks of the court in ruling upon the testimony *held* prejudicial to defendant.

––––––––––

## Mary Callahan et al., Appellants, v. John J. Healy et al., Appellees.

### Gen. No. 23,193.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. JESSE A. BALDWIN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed and remanded with directions. Opinion filed March 12, 1918.

### Statement of the Case.

Bill by Mary Callahan and others, complainants, against John J. Healy, Mrs. John J. Healy, John Ryan and Gertrude Bonfield Ryan, defendants, brought under section 10 of the Dramshop Act (J. & A. ¶ 4610), to subject certain premises belonging to defendants John J. Healy and Gertrude B. Ryan to the lien of a judgment obtained under section 9 of the Dramshop Act (J. & A. ¶ 4609) against certain keepers of dramshops by whom said premises were leased and used as dramshops. From a decree dismissing the bill, complainants appeal.

SAMUEL W. NORTON and WILLIAM C. DUNN, for appellants.

LITZINGER, HEALY & REID, for appellees John J. Healy and Mrs. John J. Healy.

BURTON, KANNALLY & MEGAN, for appellees John Ryan and Gertrude B. Ryan.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.